**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:26-cv-61188-GAYLES**

JOE HAND PROMOTIONS, INC.,

     **Plaintiff**,

v.

GOD FIRST INC., DAN MONDELUS,
and JOHN G NERVA

     **Defendants**.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff") Motion for Default Judgment (the "Motion"). [ECF No. 11]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On April 22, 2026, Plaintiff filed this action against Defendants God First Inc., Dan Mondelus, and John G. Nerva (together, "Defendants"), alleging one claim for satellite and cable piracy under 47 U.S.C. §§ 553 and 605. [ECF No. 1].

2. On May 6 and 7, 2026, Plaintiff served Defendants with the Complaint and Summons. [ECF Nos. 5–6, 8]. To date, Defendants failed to timely answer or otherwise respond to the Complaint.

3. On June 8, 2026, on Plaintiff's motion, [ECF No. 9], the Clerk entered a default against Defendants. [ECF No. 10].

4. On June 18, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendants. [ECF No. 11].

5.    As a result of Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claim for satellite and cable piracy under 47 U.S.C. §§ 553 and 605.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment, [ECF No. 11], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), Final Judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of June, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2