**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JOE HAND PROMOTIONS, INC.,

     Plaintiff,

v.

GOD FIRST INC., et al.,

     Defendants.

CASE NO. 1:26-cv-61188-DPG

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff") Motion for Default Judgment (the "Motion"). [ECF No. 11]. The Court granted the Motion in a separate Order. [ECF No. 12]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default final judgment

Upon consideration of Plaintiff's Motion for Final Default Judgment, the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605, and recognizes Plaintiff's election to seek statutory damages solely under 47 U.S.C. § 605. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants God First Inc. d/b/a Velvet Lounge, Dan Mondelus, and John G. Nerva (together, "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Complaint, [ECF No. 1], are deemed admitted against Defendants; that Defendants exhibited the *David Benavidez vs. Demetrius Andrade* broadcast on November

25, 2023, the *Devin Haney vs. Ryan Garcia* broadcast on April 20, 2024, *Gervonta Davis vs. Frank Martin* broadcast on June 15, 2024, *Jake Paul vs. Mike Perry* broadcast on July 20, 2024, *Floyd Mayweather Jr. vs. John Gotti III* broadcast on August 24, 2024 and the *Gervonta Davis vs. Lamont Roach* broadcast on March 1, 2025, including all undercard bouts and commentary, without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Judgment by default be entered in favor of Plaintiff and against Defendants.

2.      Plaintiff shall recover statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of **$11,525**.

3.      Plaintiff shall recover additional damages under 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of **$57,625**.

4.      Plaintiff shall recover its attorneys' fees under 47 U.S.C. § 605(e)(3)(B)(iii) from Defendants in the amount of **$1,500** and costs in the amount of **$630** relating to the prosecution of this matter.

5.      The Court also awards Plaintiff's court costs and post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

6.      This judgment is a final judgment.

7.      The Court **ORDERS** execution to issue for this Final Default Judgment.

8.      This case shall remain **CLOSED**. Any other pending motions and any requests for

relief not granted in this Final Default Judgment are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of June, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

3